M. BEULAH GRISWOLD, Respondent, *v.* OTTO RINGLING et al., Defendants, and JOHN RINGLING, Appellant.

*Griswold* v. *Ringling*, 165 App. Div. 737, affirmed.
(Argued October 22, 1917; decided November 13, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 6, 1915, reversing a judgment in favor of defendant, appellant, entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial. The complaint alleged that the defendants conducted a circus known as the " Barnum & Bailey Circus; " that on May 21, 1910, the circus was brought to the city of Schenectady and tents were erected on the outskirts of the city; that fire took place and by reason of the negligence of the defendants the main tent was destroyed and the plaintiff, a spectator of the performance, was injured in the panic which ensued. It was further alleged and proved that defendants had provided no fire apparatus and that their servants and employees made no effort to extinguish the fire.

*William Dewey Loucks* for appellant.

*Edgar T. Brackett* and *Charles G. Fryer* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.